DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARON LAVON HUSTON**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-1191

[July 26, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 311988CF001072A.

Daron Lavon Huston, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***